UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 10-20653

UNITED STATES OF AMERICA,

-V-

DUANE BERRY,

_____/

ORDER DENYING MOTION

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on December 21, 2010.

This matter is before the Court on Defendant's Motion to Revoke Detention Order.

For the reasons stated on the record on December 21, 2010;

IT IS ORDERED that the Motion to Revoke Detention Order be and the same is hereby DENIED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager