UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 10-20653

        v.        HONORABLE PATRICK J. DUGGAN

DUANE BERRY,

        Defendant.
_____/

**ORDER ALLOWING WITHDRAWAL
OF THE FEDERAL DEFENDER OFFICE
AND APPOINTMENT OF NEW COUNSEL**

This matter having come before the Court upon Defendant's Motion to Withdraw and it appearing to the Court that the Federal Defender Office has a conflict of interest in its continuing representation of Defendant Duane Berry;

**IT IS HEREBY ORDERED** that new counsel: Christopher M. Seikaly, 24359 Northwestern Hwy., #200, Southfield, Michigan 48075, shall be appointed and substituted to represent Defendant in the above noted case.

    SO ORDERED.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: February 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 1, 2011, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager