UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CRIMINAL NO. 10-20653

    Plaintiff,

v.   HONORABLE
PATRICK DUGGAN

DUANE BERRY,

    Defendant.
_____/

### Order Regarding Trial Date and for
### Finding of Excludable Delay Under the Speedy Trial Act

In light of the "Government's Motion to Continue Trial Date and for Finding of Excludable Delay Under the Speedy Trial Act," – for defendant Duane Berry – which the Court has relied upon and adopts for its representations and conclusions, the Court grants the Government's motion and orders the following:

1. The trial date will be continued from September 11, 2012, until December 11, 2012;

2. The time period from September 11, 2012 (the previous trial date), until December 11, 2012 (the new trial date), is excludable under the Speedy Trial Act because the United States and Berry's co-defendants will be engaged in negotiations regarding a possible disposition of this

case via guilty plea. Regarding such negotiations, pursuant to the Speedy Trial Act (18 U.S.C. 3161(h)(1)), the Court finds, that such time period constitutes a period of excludable delay as "other proceedings" regarding Berry;

3. As set forth in more detail in the government's motion, the facts establish, and the Court also finds, that the ends of justice to be served by continuing the trial outweigh the best interests of the public and the defendant in a speedy trial, and failure to grant a continuance would likely result in a miscarriage of justice, see 18 U.S.C. 3161(h)(7)(B)(ii) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 6, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 6, 2012, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager