UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 10-cr-20653
    HON. GERSHWIN A. DRAIN

DUANE BERRY, D-1,

    Defendant.

_____/

## ORDER REQUIRING THE UNITED STATES MARSHAL SERVICE TO IMMEDIATELY RELEASE THE DEFENDANT, DUANE BERRY, FROM CUSTODY

On this date, the Court conducted a hearing on Defendant's Motion to Dismiss the Third Superseding Indictment for violation of the Speedy Trial Act. At the hearing, the Court granted the Defendant's Motion to Dismiss the Third Superseding Indictment.

Accordingly, the United States Marshal Service is hereby ORDERED TO IMMEDIATELY RELEASE Defendant, Duane Berry, from custody.

SO ORDERED.

Dated: March 27, 2013                                     /s/Gershwin A Drain
                                                                            GERSHWIN A. DRAIN
                                                                            United States District Judge